# Order

**Lansing, Michigan**

September 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160151(114)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* N.J. PENDER, Minor.

SC: 160151
COA: 345008
Wayne CC Family Division:
16-523759-NA

_____/

On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing its answer is GRANTED.  The answer will be accepted as timely filed if submitted on or before October 15, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2019



Clerk